# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LaRoy Muskin,

        Petitioner,

Case No. 20-cv-1401 (SRN/ECW)

v.

**ORDER**

Jeffrey Fikes,

        Respondent.

LaRoy Muskin, Reg No. 14903-041, FCI - Sandstone K-3, P.O. Box 1000, Sandstone, MN 55072, Petitioner Pro Se.

Ana H. Voss, Ann M. Bildtsen, and Chad A. Blumenfield, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondent.

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 21, 2021 [Doc. No. 2], all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED** that Petitioner's Notice of Related Case and Request for Reassignment [Doc. No. 2] is **DENIED**.

DATED: February 11, 2021                s/Susan Richard Nelson
                                                   SUSAN RICHARD NELSON
                                                   United States District Judge